THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLOUDONE LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AUTO TRAKK, L.L.C., a Pennsylvania limited liability company, and BAMA COMMERCIAL LEASING, LLC, a Pennsylvania limited liability company,<br><br>Defendants. | No. 3:17-cv-05302-RBL<br><br>**ENTRY OF DEFAULT JUDGMENT** |

This matter came before the Court for consideration upon the motion of Markowitz Herbold PC attorneys for plaintiff CloudOne LLC ("CloudOne"), for an entry of default judgment against BAMA Commercial Leasing, LLC ("BCL") based upon the supporting Declaration of Bryan Hunter. BCL having failed to appear in this matter, the Court having previously granted an Order for Entry of Default against BCL, and the Court having considered the pleadings and materials on file herein,

Now, therefore, it is hereby ORDERED that:

1. CloudOne LLC is entitled to entry of a judgment against BCL for the sum certain of $149,551.09, plus post-judgment interest.

**ENTRY OF DEFAULT JUDGMENT,**
No. 3:17-cv-05302-RBL

1

**MARKOWITZ HERBOLD PC**
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

2. The judgment amount of $149,551.09 against BCL shall bear interest at the statutory rate of 1.224% per annum on the declining balance from August 4, 2017 until fully paid, pursuant to 28 U.S.C. § 1961.

3. Any amount recovered from BCL pursuant to this order shall offset any award of damages that CloudOne may obtain against defendant Auto Trakk, L.L.C. in this matter.

Dated this 5th day of September, 2017.

_____
Ronald B. Leighton
United States District Judge

Presented by:

*s/ Matthew A. Levin*

Matthew A. Levin, WSBA #31011
MattLevin@MarkowitzHerbold.com
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
Telephone: (503) 295-3085
Attorneys for Plaintiff

**ENTRY OF DEFAULT JUDGMENT,**
No. 3:17-cv-05302-RBL

2

**MARKOWITZ HERBOLD PC**
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085