The Honorable Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED
FEB 27 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| **CLOUDONE LLC**, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**AUTO TRAKK, L.L.C.**, a Pennsylvania limited liability company; **BAMA COMMERCIAL LEASING, LLC**, a Pennsylvania limited liability company,<br><br>Defendants. | Case No. 3:17-cv-05302-RBL<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT AUTO TRAKK, L.L.C.** |

Based upon the stipulation of the parties below, and it appearing the above-captioned action has been fully compromised and settled between plaintiff and defendant Auto Trakk, L.L.C., and judgment having previously been entered against defendant BAMA Commercial Leasing, LLC, NOW, THEREFORE,

Page    1 -    STIPULATED JUDGMENT OF DISMISSAL

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

1  IT IS HEREBY SO ORDERED AND ADJUDGED, and DECREED that the
2  above-captioned matter, including without limitation all claims, and defenses, are
3  dismissed with prejudice and without costs or attorney fees to either party.

**IT IS SO STIPULATED:**

STOEL RIVES LLP                             MARKOWITZ HERBOLD PC

By: s/ Jeremy D. Sacks                      By: s/ Matthew A. Levin
   Jeremy D. Sacks, WSBA#37309                 Matthew A. Levin, WSBA #31011
   jdsacks@stoel.com                           MattLevin@MarkowitzHerbold.com

   Attorney for Defendant Auto                 Attorney for Plaintiff
   Trakk, LLC

IT IS SO ORDERED THIS 27th DAY OF February, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 - STIPULATED JUDGMENT OF DISMISSAL

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105